**JUDGE'S CHAMBERS**
# UNITED STATES DISTRICT COURT

GLEN M. WILLIAMS
SR. U. S. DISTRICT JUDGE

180 West Main Street
P. O. Box 339
Abingdon, VA 24212
(276) 628-8147

July 6, 2006

RECEIVED 2006 JUL 10 P 3: 24 FINANCIAL DISCLOSURE OFFICE

Judicial Conference of the United States
Committee of Financial Disclosure
Ortrie D. Smith, Chair
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Calendar Year 2005 Filing

Dear Mr. Smith:

I acknowledge receipt of your letter dated June 20, 2006. As I understand, the questions you raised are identical to the questions raised in my 2004 report. I am attaching a letter setting forth the dates and amount of purchase price for the tracts of property located east and west of Jonesville. These properties are located in Lee County, Commonwealth of Virginia on Highway 58.

I am enclosing 3 copies of this letter and 3 copies of the letter from June 2004.

Very Truly Yours,

Glen M. Williams

RECEIVED

2006 JUL 10 P 3: 25

FINANCIAL
DISCLOSURE OFFICE

JUDGE'S CHAMBERS
## UNITED STATES DISTRICT COURT
GLEN M. WILLIAMS
SR. U. S. DISTRICT JUDGE

180 West Main Street
P. O. Box 339
Abingdon, VA 24212
(276) 628-8147

June 3, 2004

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E
Washington, D.C. 20544

Re: Calendar Year 2003 Filing

Dear Ms. Lisi:

RECEIVED
FINANCIAL DISCLOSURE OFFICE
2005 JUN 14 P 3: 1

This letter is in response to your letter of May 19, 2004.

As to the one-thousand dollar ($1,000.00) honorarium from Appalachian School of Law, I enclose a copy of my personal check for one-thousand dollars ($1,000.00) that I returned to the Appalachian School of Law. This check was written by ████ who handles my personal finances, since I am legally blind.

The House and lots, listed on page 1, line 12 is located in Lee County, VA.

In Part VII, page 1, line 3 for Farm, Jonesville, VA, the income from the farm was from a tobacco allotment. The type of income is farm income.

In Part VII, page 1, lines 3 and 12, In 1975, I purchase a ████ farm West of Jonesville Va. This farm has been listed at cost on every report I have filed. On October 12, 2000, I purchased a "House and Lots on ████ of Jonesville Va for one hundred and eight thousand dollars ($108,000.00) as shown on my 2000 report. I report the value of the property as being at cost.

In Part VII, page 1, lines 8 and 11, the value codes should not have been repeated under column C(1); therefore, we will change those to blanks Column D(3) correctly reflects the redemption price as to both of these bonds.

Finally, in Part VII, page 1, lines 17 through 21, the same value code C(1) applies to the value code for D(3).

If I failed to properly respond to any issues raise, please advise.

Sincerely,

████

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Glen M | U.S. District Court, WDVA | 4/13/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate Judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Post Office Box 339<br>Abingdon, VA 24212 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| | |

FINANCIAL DISCLOSURE REPORT  May 8 11 51 AM '06

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Glen M | 4/13/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Glen M | 4/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Virginia Beach VA WTSWRV | A | Interest | | | Redemption | 11/09 | K | | |
| 2. Virginia St Res At Infra RV Pooled LN | E | Interest | K | T | | | | | |
| 3. Muniyield Quality FD II | D | Interest | J | T | | | | | |
| 4. Virginia ST Res At Infra RV Pool LN | F | Interest | L | T | | | | | |
| 5. VA ST Res Authority | E | Interest | K | T | | | | | |
| 6. Powell Valley National Bank Jonesville, Virginia | C | Interest | J | T | | | | | |
| 7. Powell Valley National Bank Jonesville Virginia | B | Dividend | J | T | | | | | |
| 8. Farm, Jonesville Virginia | A | FarmIncome | M | R | | | | | |
| 9. Hanover Co. IDA Bonds | B | Interest | K | T | | | | | |
| 10. VA Coll Building Authority EDL | A | Interest | J | T | | | | | |
| 11. Dome Mines Ltd., Stock | A | Dividend | J | T | | | | | |
| 12. Couer d/Alene Mines | A | None | J | T | | | | | |
| 13. Metro Virginia Bonds | C | Interest | K | T | | | | | |
| 14. Powell Valley National Stock | D | Dividend | M | T | | | | | |
| 15. House and lots, Hwy 58 | A | Rent | M | R | | | | | |
| 16. Virginia Beach Bonds | A | Interest | J | T | | | | | |
| 17. VA State Housing Dev Authority Bonds | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Glen M | 4/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Portsmouth Va | A | None | J | T | Buy | 11/09 | J | | |
| 19. Fairfax County Bon | A | Interest | K | T | Buy | 3/16 | K | | |
| 20. Stafford County Stanton Va. Bond | A | None | J | T | Buy | 11/09 | J | | |
| 21. Prince William County | A | None | K | T | Buy | 11/09 | K | | |
| 22. Virginia ST HSG Dev | A | Interest | | | Redeem | 1/03 | K | | |
| 23. Hanover Co. VA IDA | A | Interest | | | Redeem | 10/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Glen M | 4/13/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date ___4-20-06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544